# EXHIBIT 4

Owner

CITY OF MONROE

Agent

Patrick M. Lewis, P.E., Director of Engineering

Project

# *CITY OF MONROE ALLEYWAY IMPROVEMENTS*

Location

Alley east of South Monroe Street, between East Front and East First Streets

Date

*Bids Due: June 30, 2008*

City Officials

| | |
|---:|:---|
| Mayor: | Mark G. Worrell |
| Council Member: | Robert E. Clark |
| Council Member: | Edward F. Paisley |
| Council Member: | Kelvin McGhee |
| Council Member: | Jeremy N. Molenda |
| Council Member: | Mary V. Conner |
| Council Member: | Brian P. Beneteau |

6. In submitting this bid it is understood that the right is reserved by the City of Monroe, Michigan to reject any or all bids. It is agreed that this bid may not be withdrawn for __30 Days__ from the opening of bids thereof. I/We hereby declare that __Andrews Construction Co., Inc.    P.O. Box 5, Manchester, MI 48158__
(Name and Address of Bidding Company)
will execute a contract with the City of Monroe, Michigan according to the forms attached hereto and furnish the required bonds, all within fifteen (15) days after notification of award of Contract.

7. **PROPOSAL SIGNATURES:**

State of __Michigan__ )
County of __Washtenaw__ )
__David R. and Kimberly K. Thompson__, being
(Officers)
first duly sworn on oath deposes and says that the bidder on the above proposal is organized as indicated below and that all statements herein made are made on behalf of such bidder and that this deponent is authorized to make them.
__David R. and Kimberly K. Thompson__
(Officers)
deposes and says that he has examined and carefully prepared his bid proposal from the Contract Drawings and Specifications and has checked the same in detail before submitting this Proposal or bid; that the statements contained herein are true and correct.

(Fill out Applicable Paragraph Below)

A. **Corporation**
The bidder is a corporation organized and existing under the laws of the State of __Michigan__, which operates under the legal name of __Andrews Construction Co., Inc.__, and the full name of its officers are as follows:

President __David R. Thompson__

Vice President __Kimberly K. Thompson__

Secretary __Kimberly K. Thompson__

Treasurer __Kimberly K. Thompson__

Superintendent __Aaron Grammatico__

and it does __✓__ have a corporate seal. The __President__ (officer) is authorized to sign construction proposals and contracts for the company by action of its Board of Directors taken __4/12/02__, a certified copy of which is hereto attached.

Owner

CITY OF MONROE

Agent

Patrick M. Lewis, P.E., Director of Engineering and Public Services

Project

*Monroe City Hall Plaza Renovations*

Locations

Monroe City Hall, 120 East First Street, Monroe, MI 48161

Bid Due Date

Monday, September 14, 2009, 3:00 P.M.

City Officials

              Mayor: Mark G. Worrell
Council Member: Robert E. Clark
Council Member: Edward F. Paisley
Council Member: Kelvin McGhee
Council Member: Jeremy N. Molenda
Council Member: Mary V. Conner
Council Member: Brian P. Beneteau

6. In submitting this bid it is understood that the right is reserved by the City of Monroe, Michigan to reject any or all bids. It is agreed that this bid may not be withdrawn for __45 Days__ from the opening of bids thereof. I/We hereby declare that __Andrews Construction Co., Inc.__
   (Name and Address of Bidding Company)
   will execute a contract with the City of Monroe, Michigan according to the forms attached hereto and furnish the required bonds, all within fifteen (15) days after notification of award of Contract.

7. PROPOSAL SIGNATURES:

   State of __Michigan__ )

   County of __Washtenaw__ )

   __David R. Thompson and Kimberly K. Thompson__, being
   (Officers)
   first duly sworn on oath deposes and says that the bidder on the above proposal is organized as indicated below and that all statements herein made are made on behalf of such bidder and that this deponent is authorized to make them.

   __David R. Thompson__
   (Officers)
   deposes and says that he has examined and carefully prepared his bid proposal from the Contract Drawings and Specifications and has checked the same in detail before submitting this Proposal or bid; that the statements contained herein are true and correct.

   (Fill out Applicable Paragraph Below)

   A. Corporation
   The bidder is a corporation organized and existing under the laws of the State of __MI__, which operates under the legal name of __Andrews Construction Co., Inc.__, and the full name of its officers are as follows:

   President __David R. Thompson__

   Vice President __Kimberly K. Thompson__

   Secretary __Kimberly K. Thompson__

   Treasurer __Kimberly K. Thompson__

   Superintendent __Rick J. Schweda__

   and it does __✓__ have a corporate seal. The __President__ (officer) is authorized to sign construction proposals and contracts for the company by action of its Board of Directors taken __4/12/02__, a certified copy of which is hereto attached.